UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| DEON SANTOS<br><br>        Plaintiff,<br><br>v.<br><br>UNITED NETWORK FOR ORGAN SHARING; TUFTS MEDICAL CENTER; and MASSACHUSETTS GENERAL BRIGHAM INCORPORATED,<br><br>        Defendants. | Civil Action No. 1:24-CV-11692-IT<br><br>**JOINT MOTION TO CONTINUE STATUS CONFERENCE AND RELATED DEADLINES** |

Plaintiff Deon Santos, Defendant United Network for Organ Sharing ("UNOS"), and Defendant Tufts Medical Center ("Tufts") jointly stipulate and move as follows:

(1) Plaintiff filed the Complaint in this action on June 28, 2024;

(2) Tufts was served with the Complaint, and counsel for Tufts has contacted counsel for Plaintiff regarding responding to the Complaint and the upcoming case management deadlines.[1]

(3) Massachusetts General Brigham ("Mass Gen") has been served, but counsel therefor has not yet appeared or contacted Plaintiff.

(4) On September 3, 2024, the Court issued a Notice of Scheduling Conference, setting the conference for September 26, and imposing certain corresponding case-management deadlines. ECF No. 13.

---

[1] Plaintiff has agreed and stipulated that Tufts shall have an extension of time to September 18, 2024 to answer or otherwise respond to the Complaint.

1

(5) The parties have discussed and hereby stipulate and move the Court to continue the scheduling conference to October 31, 2024, and to continue the corresponding case-management deadlines in line with that October 31, 2024, date.

(6) The parties desire a continuance in order to allow additional time for counsel for the parties to discuss scheduling and settlement proposals. The parties further desire that Mass Gen participate in those discussions, which will affect the schedule and scope of the case for all parties.

(7) Plaintiff's counsel and UNOS's counsel also specifically request the continuance because their schedules are highly impacted in mid-to-late September in another matter in the Middle District of Tennessee, which, like this case, concerns the "race-based coefficient." Depositions in that matter, *Welch v. UNOS, et al.*, 3:24-cv-00422, are scheduled to occur on most days from September 17, 2024, through October 7, 2024. Counsel for Plaintiff and UNOS are also engaged in Rule 12 motion practice in other matters in this District, the Middle District of Florida, the Central District of California, and the Western District of Washington.

(8) Counsel for Plaintiff reached out to counsel for UNOS and Tufts regarding a mutual stipulation to continue the status conference and related deadlines.

(9) Besides this stipulation and motion, the parties have made one other joint request in this matter so far—to extend Plaintiff's deadline to respond to UNOS's motion to dismiss. *See* ECF No. 16.

(10) Plaintiff, UNOS, and Tufts hereby stipulate and move the Court to order that the scheduling conference be continued to **October 31, 2024**, and that all corresponding case-management deadlines track that date.

| | |
|---|---|
| Dated:  September 13, 2024 | Respectfully submitted, |
| | |
| | *s/George B. A. Laiolo* |
| | George B. A. Laiolo, *Pro Hac Vice* |
| | California Bar No. 329850 |
| | Matthew L. Venezia, *Pro Hac Vice* |
| | California Bar No. 313812 |
| | ELLIS GEORGE LLP |
| | 2121 Avenue of the Stars, 30th Floor |
| | Los Angeles, California 90067 |
| | Telephone: (310) 274-7100 |
| | Email:  glaiolo@ellisgeorge.com |
| | Email:  mvenezia@ellisgeorge.com |
| | |
| | Jeffrey N. Catalano |
| | BBO No. 567798 |
| | KECHES LAW GROUP |
| | 2 Granite Ave., Suite 400 |
| | Milton, MA 02186 |
| | Phone: (508) 738-5784 |
| | Fax: (508) 822-8022 |
| | Email:  jcatalano@kecheslaw.com |
| | |
| | *Attorneys for Plaintiff Deon Santos* |
| | |
| Dated:  September 13, 2024 | *s/Mary A. Azzarito* |
| | Mary A. Azzarito |
| | BBO No. 559191 |
| | A. Bernard Guekguezian |
| | BBO No. 559191 |
| | ADLER COHEN HARVEY WAKEMAN GUEKGUEZIAN LLP |
| | 2 Oliver Street, Suite 1005 |
| | Boston, MA 02109 |
| | Telephone: (617) 423-6674 |
| | Email: mazzarito@adlercohen.com |
| | Email: bguekguezian@adlercohen.com |
| | |
| | *Attorneys for Tufts Medical Center* |

3

|  |  |
|---|---|
| Dated:  September 13, 2024 | *s/Daniel M. Blouin* |
|  | Daniel M. Blouin |
|  | Thomas G. Weber |
|  | WINSTON & STRAWN LLP |
|  | 35 W Wacker Drive |
|  | Chicago, IL 60601-9703 |
|  | Telephone: (312) 558-7544 |
|  | Telephone: (312) 558-3260 |
|  | Email: dblouin@winston.com |
|  | Email: trichards@winston.com |
|  |  |
|  | Dallin R. Wilson |
|  | BBO No. 676662 |
|  | Katherine E. Perrelli |
|  | BBO No. 549820 |
|  | SEYFARTH SHAW |
|  | Two Seaport Lane, Suite 1200 |
|  | Boston, MA 02210 |
|  | Telephone: (617) 820-8702 |
|  | Telephone: (617) 946-4817 |
|  | Email: drwilson@seyfarth.com |
|  | Email: kperrelli@seyfarth.com |
|  |  |
|  | *Attorneys for Defendant United Network for Organ Sharing* |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on September 13, 2024. I further certify that I emailed this document to counsel for Tufts at an address through which we have exchanged prior emails on the same day.

| | |
|---|---|
| Daniel M. Blouin<br>Thomas G. Weber<br>Winston & Strawn LLP<br>35 W Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone:   (312) 558-7544<br>Telephone:   (312) 558-3260<br>Email:  dblouin@winston.com<br>Email:  tgweber@winston.com | Attorneys for Defendant<br>UNITED NETWORK FOR ORGAN SHARING |

Dallin R. Wilson
Katherine E. Perrelli
Seyfarth Shaw, LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
Telephone: (617) 820-8702
Telephone: (617) 946-48917
Email: drwilson@seyfarth.com
Email: kperrelli@seyfarth.com

| | |
|---|---|
| Mary A. Azzarito<br>BBO No. 559191<br>A. Bernard Guekguezian<br>BBO No. 559191<br>ADLER COHEN HARVEY WAKEMAN GUEKGUEZIAN LLP<br>2 Oliver Street, Suite 1005<br>Boston, MA 02109<br>Telephone: (617) 423-6674<br>Email: mazzarito@adlercohen.com<br>Email: bguekguezian@adlercohen.com | Attorneys for Defendant<br>TUFTS MEDICAL CENTER |

*s/George B. A. Laiolo*
George B. A. Laiolo

6