UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| DEON SANTOS<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED NETWORK FOR ORGAN SHARING; TUFTS MEDICAL CENTER; and MASSACHUSETTS GENERAL BRIGHAM INCORPORATED,<br><br>　　　　Defendants. | Civil Action No. 1:24-CV-11692-IT<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE STATUS CONFERENCE** |

Upon consideration of the Parties' Joint Motion to the Status Conference and Related Deadlines in this action, the said motion is GRANTED and the following is hereby ORDERED:

The Scheduling Conference is continued to **October 31, 2024, at 3:30 PM**. All corresponding case-management deadlines are continued in relation to this date.

**IT IS SO ORDERED.**

Dated:  September __, 2024

　

_____
Honorable Indira Talwani
Judge of the United States District Court

1