**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| DEON SANTOS,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED NETWORK FOR ORGAN<br>SHARING; et al.,<br><br>      Defendants. | Civil Action No. 1:24-CV-11692-IT |

## NOTICE OF CHANGE OF ADDRESS

**TO: THE COURT, THE CLERK'S OFFICE, AND ALL PARTIES**

Please take notice of the below changes to the firm address of counsel for Plaintiff Deon Santos. Plaintiff respectfully requests that all further communications and documents related to this case be directed to his counsel's new firm address.

**OLD ADDRESS:**

ELLIS GEORGE LLP
2121 Avenue of the Stars, 30th Floor
Los Angeles, California 90067
Phone: (310) 274-7100
Email: dcontreras@ellisgeorge.com

**NEW ADDRESS:**

WATSTEIN TEREPKA, LLP
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Phone: (213) 753-1337
Email: dcontreras@wtlaw.com

[*Signature Appears on Following Page*]

1

Respectfully submitted on this 28th day of May 2026.

/s/ Daniel A. Contreras
Daniel A. Contreras, *pro hac vice*
California Bar No. 329632
WATSTEIN TEREPKA, LLP
515 South Flower Street, 19th Floor
Los Angeles, California 90071
Telephone: (213) 753-1337
Email:  dcontreras@wtlaw.com

*Attorneys for Plaintiff Deon Santos*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of May 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Daniel A. Contreras*
Daniel A. Contreras