**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

DEON SANTOS,

        Plaintiff,

    v.

UNITED NETWORK FOR ORGAN
SHARING; TUFTS MEDICAL CENTER;
and MASSACHUSETTS GENERAL
BRIGHAM INCORPORATED,

        Defendants.

Civil Action No. 1:24-cv-11692-IT

## NOTICE OF APPEARANCE

Kindly enter the appearance of Dawn Mertineit as counsel for Defendant United Network

For Organ Sharing ("UNOS"), in connection with the above captioned action.

DATED: June 12, 2026

Respectfully submitted,

By: */s/ Dawn Mertineit*

    Dawn Mertineit (BBO# 669988)
    dmertineit@seyfarth.com
    SEYFARTH SHAW LLP
    Seaport East
    Two Seaport Lane, Suite 1200
    Boston, Massachusetts  02210-2028
    Telephone: (617) 946-4800
    Facsimile:  (617) 946-4801

Counsel for Defendant UNOS

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026 a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Dawn Mertineit*
Dawn Mertineit